IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JUSTIN SPIEHS, | |
| Plaintiff, | |
| v. | Case No. 5:24-CV-4005-JAR-BGS |
| JAY ARMBRISTER, et al., | |
| Defendants. | |

# ORDER

Plaintiff Justin Spiehs brings this action under 42 U.S.C. § 1983 against Defendants Jay Armbrister, Tyler Kruzel, Jimmy Wold, Jameson D. Shew, Shannon Portillo, Shannon Reid, Patrick Kelly, Karen Willey,[1] Sarah Plinsky, and the Board of County Commissioners of Douglas County. This matter is before the Court on Plaintiff's Motion to Amend and Join Additional Parties (Doc. 72), which seeks leave to file a Third Amended Complaint and join two additional Defendants—Kristin Channels and Chase Coleman.

Plaintiff filed his motion to amend on May 23, 2024, attaching his proposed Third Amended Complaint for the Court's review (Doc. 72-2). In its July 2, 2024 Order, the Court found that the proposed Third Amended Complaint was in violation of Rule 8, but deferred ruling on the motion pending review of a revised, proposed Third Amended Complaint.[2] On July 7, 2024, Plaintiff filed a revised, proposed Third Amended Complaint (Doc. 81) which the Court has reviewed.

---

[1] Defendant Willey's last name is spelled "Wiley" on the docket sheet, but she refers to herself in her briefs as "Karen Willey." Doc. 49 at 1. Thus, the Court adopts this spelling for the purposes of this Order.

[2] Doc. 80.

The Court finds that the revised pleading is in compliance with the July 2, 2024 Order and Fed. R. Civ. P. 8.  Therefore, the Court grants Plaintiff's motion to amend and holds that the revised, proposed Third Amended Complaint (Doc. 81) is the operative complaint.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff's Motion to Amend and Join Additional Parties (Doc. 72) is **granted**.  The Third Amended Complaint (Doc. 81) shall be the operative complaint.

**IT IS FURTHER ORDERED BY THE COURT** that, pursuant to the Third Amended Complaint, Kristin Channels and Chase Coleman are added as Defendants, and Defendant Shew is dismissed.  Defendants' pending motions to dismiss the Second Amended Complaint (Docs. 54, 67, and 70) are hereby moot.

**IT IS SO ORDERED.**

Dated: July 10, 2024

                                                       S/ Julie A. Robinson
                                                       JULIE A. ROBINSON
                                                       UNITED STATES DISTRICT JUDGE