IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Justin Spiehs<br><br>         Plaintiff<br>v.<br><br>Jay Armbrister *et al*<br><br>         Defendants | Case No.   Case No. 5:24-cv-4005-JAR-BGS<br><br>Notices of Deposition |

The deposition of Tyler Kruzel will be taken by the Plaintiff as upon cross examination and pursuant to the Federal Rules of Civil Procedure, at 9:00 a.m. Central Time on July 23, 2025 at Stevens & Brand 900 Massachusetts St. 500 Lawrence, KS 66044. The deposition of Jay Armbrister will be conducted following the completion of the Kruzel deposition on the same date and location.

                 By:/s/Linus L. Baker
                 Linus L. Baker KS 18197
                 6732 West 185th Terrace
                 Stilwell, Kansas 66085-8922
                 913.486.3913
                 913.232.8734 (fax)
                 E-Mail: linusbaker@prodigy.net
                 Attorney for the plaintiff

**CERTIFICATE OF SERVICE**

On this 1st day of July, 2025, the above document was filed with the Court's CM-ECF system which will provide notice to all counsel of record.

/s/Linus L. Baker
Linus L. Baker