IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| JUSTIN SPIEHS, | ) | |
| | ) | |
| Plaintiff,` | ) | |
| | ) | |
| vs. | ) | Case No. 5:24-CV-4005-JAR |
| | ) | |
| JAY ARMBRISTER, et. al, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT DOUGLAS COUNTY KANSAS BOARD OF COUNTY COMMISSIONERS' MOTION FOR LEAVE TO FILE EXHIBITS CONVENTIONALLY**

COMES NOW, Defendant Douglas County Kansas Board of County Commissioners ("Douglas County") and moves the Court for leave to file conventionally, video recordings of the following Douglas County Commission Meetings: August 25, 2021; May 11, 2022; April 3, 2024; April 17, 2024; and May 1, 2024, in support of Defendant Douglas County's Motion for Summary Judgment and referenced in the supporting Affidavits. These video recordings are stored on and will be delivered on a flash drive.

The Court's Administrative Procedures, §IV.C, provide that a party may seek an Order allowing a party to conventionally file exhibits that cannot be submitted as a .PDF image. These exhibits will be provided on a single flash drive filed with the Clerk of the Court with a copy to chambers. These exhibits will also be served upon counsel via an electronic link.

Respectfully submitted,

HINKLE LAW FIRM LLC
8711 Penrose Lane, Suite 400
Lenexa, Kansas 66219-8197
913-345-9205/ FAX: 913-345-4832

By: */s/ Michelle R. Stewart*
Michelle R. Stewart, mstewart@hinklaw.com #19260

ATTORNEYS FOR DEFENDANT
DOUGLAS COUNTY, KANSAS BOARD OF COUNTY COMMISSIONERS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the ____day of January, 2026, the foregoing *Motion for Leave to File Exhibits Conventionally* was filed electronically with the Clerk of the US District Court of the District of Kansas; and a copy was served via ECF electronic notification and via email on the following:

Linus L. Baker, #18197 (linusbaker@prodigy.net)
6732 West 185th Terrace
Stilwell, KS 66085-8922
913-486-3913 / Fax 913-232-8734
*Attorneys for Plaintiff*

Andrew D. Holder, #25456 (aholder@fpsslaw.com)
FISHER PATTERSON SAYLER & SMITH, LLP
*Attorneys for Defendant Jay Armbristser*
*Tyler Kruzel, Jimmy Wold,*
*Kristen Channels, and Chase Coleman*

*/s/ Michelle R. Stewart*
ATTORNEYS FOR DEFENDANTS
DOUGLAS COUNTY, KANSAS BOARD OF COUNTY COMMISSIONERS