
EXHIBIT 3
WIT: SPIEHS
DATE: 10-16-25
L. Woodbridge, RPR-CRR-CSR-CCR
DR. SPIEHS
FOR DGCO
COMMISSIONER
FUCK THESE
LIBERAL
MOTHERFUCKERS

**EXHIBIT C**


DR. SPIEHS
FOR DGCO
COMMISSIONER
FUCK THESE
LIBERAL
MOTHERFUCKERS