**IN THE DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| JUSTIN SPIEHS, Plaintiff, | ) | |
| v. | ) | Case No.: 5:24-cv-4005-JAR-BGS |
| JAY ARMBRISTER, et al., Defendants. | ) | |

**AFFIDAVIT OF MICHAEL ALMON**

COMES NOW Michael Almon, being of lawful age and having been first duly sworn upon his oath, states and affirms as follows:

1. I was present in the County Courthouse for the business meeting of the Douglas County Board of County Commissioners held on April 20, 2022.
2. Prior to the meeting, I interacted with Justin Spiehs, whom I understand is the plaintiff in the above captioned matter.
3. I have reviewed the police reports attached hereto as Exhibit 1 and Exhibit 2.
4. I hereby attest that Exhibits 1 and 2 truthfully and accurately summarize what I told Deputy Kruzel and Coleman, and truthfully and accurately set forth my recollections of what happened during my interactions with Justin Spiehs on April 20, 2022.

FURTHER AFFIANT SAYETH NAUGHT

Michael Almon
Michael Almon, Affiant

**EXHIBIT E**

**NOTARIAL ATTESTATION**

Subscribed and sworn to before me, a Notary Public in and for said County and State, this 16th day of January, 2026.

NOTARY PUBLIC

My Commission Expires: 9.22.29

NOTARY PUBLIC - State of Kansas
**KATIE BENTON**
My Appt. Expires 9.22.29

02/04/1945

Race
White

Sex
Male

Ethnicity
Non-Hispanic

Height
5'09"

Weight
120

## Property

### - Property

Quantity
1.00

Total Value
0

Measurement

Amount Recovered

IBR / UCR Code
MISC WEAPONS (KNIVES, SWORDS)

Date Recovered

Status

Owner
SPIEHS, JUSTIN P

### - Property

Quantity
1.00

Total Value
0

Measurement

Amount Recovered

IBR / UCR Code
SIGNS (STREET/REALTY/ETC)

Date Recovered

Status

Owner

DEFENDANT'S EXHIBIT
1
5:24-CV-4005-JAR-BGS

## Narratives

### Original Narrative - 04/21/2022 14:09:35

On Wednesday, April 20th, 2022, I, Deputy Tyler Kruzel, was working as a Court Security Deputy, at

the Douglas County Commission Meeting, located at 1100 Massachusetts Street, Lawrence, Douglas County, Kansas. I was wearing my issued duty uniform which quickly identifies me as a Law Enforcement Officer. Deputy Jimmy Wold and Deputy Chase Coleman were also present due to past issues with Justin Spiehs (DOB: 08/18/1981). Justin is known to appear weekly to meetings and has engaged in noisy conduct by using loud, explicit language towards members of the public and the County Commissioners.

At approximately 1720 hours, I observed Justin Spiehs (DOB: 08/18/1981) enter the Commission Meeting Room, located on the second floor of 1100 Massachusetts Street. Justin was holding a sign that read, "DR SPIEHS FOR DGCO COMMISSIONER FUCK THESE LIBERAL MOTHERFUCKERS." Justin was informed he would not be allowed to present that sign during the meeting due to the explicit language. Justin became visibly upset and began yelling. Justin started yelling comments about his freedom of speech and how he can say whatever he wants.

County Commissioners had to wait for Justin to lower the volume of his voice to begin the meeting. As Justin sat back down, I observed Justin turn towards a member of the public, who was seated behind Justin, and started yelling at the individual, later identified as Michael Almon (DOB 02/04/1945). Justin was yelling, "I don't give a fuck what you think of me!" Justin started making comments toward Michael about Michael wearing a mask. I stood up from my seat, southwest corner of the room, and started walking towards Justin, who was sitting in the front row of the gallery on the south side of the building. Justin was asked to leave based on his conduct towards Michael. Justin refused to leave and was told he was being placed under arrest for disorderly conduct.

I grabbed Justin's left arm with both my hands. My right hand was placed above his elbow and my left hand was placed at his wrist. Sheriff Armbrister took control of Justin's right arm. The sign Justin was holding was removed from his hand.

Justin was walked out of the room where he was placed into hand cuffs. I checked the restraints for proper fitting and double locked the restraints to prevent injuries to Justin. Deputy Wold assisted me by escorting Justin to our patrol vehicle, where he was transported and booked into the Douglas County Correctional Facility for violation of Kansas State Statue 21-6203(a)(3), Disorderly Conduct.

Justin was in possession of a knife, which was placed into property as personal property, due to the jail's restriction of weapons being admitted into the facility.

Deputy Wold and Deputy Coleman spoke with witnesses. Review their reports for additional information.

I spoke with Michael Almon after the meeting. Michael explained he was sitting behind Justin when he heard Justin make a comment about people wearing masks. Michael was wearing a mask. Michael was not aware of anyone else in the room wearing a mask and believed the comments were directed towards him directly. Michael made a comment towards Justin about Justin running for County Commission. Justin then turned and faced him and yelled, "I don't give a fuck what you think!" Michael explained he had seen Justin before at the City Commission Meeting and was aware of his bizarre behavior. Michael stated Justin's behavior was more "hostile" comparing it to the City Commission Meeting. I asked Michael if he felt in danger at any time during the encounter. Michael explained at one point during the encounter, he believed Justin could have used the sign as a possible weapon and was in fear of being hit by the sign. Michael asked if he would need to testify in court because of this and I explained the process of submitting an affidavit to the District Attorneys' Office and informed him he could contact the District Attorneys' Office for follow-up.

I provided Michael the case number and my contact information.

I photographed the sign and placed the sign into property as evidence.

Respectfully,

Deputy Tyler Kruzel

DEFENDANT'S EXHIBIT
1
5:24-CV-4005-JAR-BGS

## Supplemental Narrative - Tyler Kruzel - 04/20/2022 18:25:19

CAD Call info/comments
==================================

18:25:19 04/20/2022 - Kruzel T
JUSTIN SPIEHS 08/18/1981 ARRESTED FOR DISORDERLY CONDUCT.

## Supplemental Narrative - Chase Coleman - 04/21/2022 10:14:39

On Wednesday, April 20th, 2022, I, Deputy C. Coleman, was assigned to Court Security at the Douglas County Sheriff's Office. I was identifiable by my department issued uniform with the Sheriff's Office badge and name tag.

At approximately 1725 hours, I arrived at 1100 Massachusetts Street in Lawrence, Douglas County Kansas for a special assignment. I was to monitor the County Commissioner's meeting, which takes place on the second floor in the County Commission Meeting Room. As I walked up the stairs to the second floor I witnessed Justin Spiehs (DOB: 08/18/1981) being escorted down the stairs in handcuffs by Deputy T. Kruzel and Deputy J. Wold. I approached Sheriff Jay Armbrister who advised that Justin had been arrested for disorderly conduct and assigned me to make contact with the victim. Sheriff Armbrister pointed out the victim who was sitting in the meeting room.

I entered the meeting room and noticed approximately 30 people assembled in the public seating area for the meeting. At approximately 1731 hours, I made contact with the victim, who I identified by Kansas Driver's License as Michael Almon (DOB: 02/04/1945) and asked what happened. (I noted the meeting was scheduled to start at 1730, and still had not started due to the disruption). The following is a summary of my interview with Michael.

Michael explained that he was seated in the south most row of benches, in the second bench from the front. Justin entered the meeting room and sat in the bench directly in front of Michael. After a short period, Justin continued to face forward but asked out loud why someone would still wear their mask. (I noted that Michael was the only person in the public seating area wearing a face mask). Michael replied "to protect people." Justin turned towards Michael and began to raise his voice. Michael told Justin that this wouldn't help his chances for election to the county commission, and Justin began yelling "I don't give a fuck!" Michael also believed Justin may have called him a "motherfucker." Michael stated that the yelling was loud enough for the crowd of people around to hear. I asked Michael if he felt that Justin was trying to goad him into a fight, and Michael stated that he couldn't know Justin's intentions for sure, but was worried things would have escalated if law enforcement hadn't stepped in. Michael had knowledge of Justin's behavior from previous meetings and described his demeanor as "hostile," and added that this was a more severe situation than he had ever seen from Justin before.

Michael was provided with a business card with this case number and was notified that an affidavit would be submitted to the Douglas County District Attorney's Office. Michael had no further questions and thanked the Sheriff's Office for our involvement.

Nothing further to report.

Respectfully submitted,

Deputy C. Coleman

DEFENDANT'S EXHIBIT
2
5:24-CV-4005-JAR-BGS