# EXHIBIT I

PTO Stip Ex ii – BOCC Video 5/1/24

(Filed Conventionally)