EXHIBIT 6
WIT: SPIEHS
DATE: 10-16-25
L. Woodbridge, RPR-CRR-CSR-CCR




EXHIBIT J