IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Justin Spiehs<br>Plaintiff<br>v.<br>Jay Armbrister *et al*<br>Defendants | Case No. 5:24-cv-4005-JAR-BGS<br><br>PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBITS CONVENTIONALLY WITH COURT |

Plaintiff moves the Court for an Order pursuant to D. Kan. Rule 5.4.13 and Administrative Rule IV.C allowing him to file video exhibits in support of his opposition to the defendants' respective Motions for Summary Judgment conventionally with the Court. In support of this motion, the plaintiff states as follows:

1) Plaintiff intends to file Opposition briefing to the defendants' Motions for Summary Judgment.

2) Plaintiff intends to refer to audio/video recordings that are necessary for a complete understanding of the events. Plaintiff seeks to file five digital video USB containing the audio/video recordings of meetings dated April 20, 2022, and May 1, 2024.

4) Because the proposed exhibits are in MP4 format, they cannot be filed through the Court's ECF/CM system.

WHEREFORE, the plaintiff requests that this Court enter its Order permitting them to file conventionally four video exhibits in support of his opposition to the defendants' respective Motions for Summary Judgment with the Clerk of the Court.

/s/Linus L. Baker
Linus L. Baker, KS 18197
6732 West 185th Terrace
Stilwell, KS 66085-8922
Telephone: 913.486.3913
Fax: 913.232.8734
E-Mail: linusbaker@prodigy.net
Attorney for the plaintiff

Certificate of Service

The above was provided notice to all parties entitled to such notice pursuant to the Court's electronic filing system.

/s/Linus L. Baker
Attorney for the plaintiff