PLAINTIFF'S EXHIBIT 1

# MINUTES

**Commission Board Meeting**
4:00 p.m. Work Session and 5:30 p.m. Regular Session
Wednesday, April 20, 2022
Douglas County Courthouse

Reid called the Business Meeting to order at 5:30 p.m. on Wednesday, April 20, 2022.

**PRESENT:** Commissioners Patrick Kelly, Shannon Reid, and Shannon Portillo

**EXCUSED:**

## 5:30 p.m. BUSINESS MEETING 06-20-22

**COMMENTS FROM COMMISSIONER REID**
Reid made introductions about the Zoom meeting and rules of participation.

## 1. CONSENT AGENDA 04-20-22

Kelly moved approval of the following Consent Agenda items:

**1.1.** Contracts for Highway Purposes for Project 2016-17, Route 458/1055 Road and Drainage Improvements with the following landowners: Steven Ashenfelter and Annalilia Ashenfelter, 1525 N 1000 Road, Tract No. 08; Craig M Moeckly and Kristin Moeckly, 1537 N 1000 Road, Tract Nos. 10 & 11; Larry L. Wynes and Shirley Valentine-Wynes, 1544 N 1000 Road, Tract No. 12; Charles D. Mead and Lois F. Mead, 1548 N 1000 Road, Tract No. 14; and Jason Tanking and Melissa Tanking, 1552 N 1000 Road, Tract No. 15;

**1.2.** Contract for Highway Purposes for Project 2021-31, bridge 0964-1000 replacement with the following landowners: Michel J. Eltschinger, Deborah A. Eltschinger, Paul L. Eltschinger, and London K. Eltschinger, 960 E 1000 Road, Tract No. 01;

**1.3.** Contracts for Highway Purposes for Project 2019-56, culvert 0990-1000 replacement with the following landowners: Margaret Helen Childs, 983 E 1000 Road, Tract No. 2; and Ryan Cameron Robinson and Joanna Marie Robinson, 995 E 1000 Road, Tract No. 1;

**1.4.** Contract to purchase an easement for right-of-way and highway purposes adjacent to E 1150 Road and N 800 Road in Willow Springs Township with the following landowner: Charles P. Garzillo, 843 E 1150 Road, Tract No. 1;

**1.5.** The 7th Judicial District Kansas Department of Corrections-Juvenile Services Juvenile Justice Comprehensive Plan and Grant Budget Application for FY 2023;

**1.6.** The FY 2023 Kansas Department of Corrections-Juvenile Services Reinvestment Grant Budget and Conditions of Grant.

**1.7.** The FY 2023 Kansas Department of Corrections-Juvenile Services Reinvestment Grant Budget and Conditions of Grant.

**1.8.** Grant recommendations submitted by the Heritage Conservation Council for the 2022 Natural & Cultural Heritage Grant Program;

**1.9.** Accept the 2022 Detection & Mitigation of COVID19 in Confinement Facilities grant in the amount of $100,000 to maintain testing capacity at the Douglas County Correctional Facility through July of 2024;

**1.10.** Contract award with Ascenttra to conduct a multi-jurisdictional full scale exercise for $78,964;

**1.11.** Resolution No. 22-15 to increase the number of commissioner districts from three to five and authorize a vote to consider this issue at the next general election; and

**1.12.** Accounts Payable in the amount of $342,467.77 to be paid on 04/21/22.

Motion was seconded by Portillo and carried 3-0.

## 2. GENERAL PUBLIC COMMENT 04-20-22

Sue Herynk, 5225 Harvard Road, accused Commissioner Portillo of typing on her computer during County Commission meetings. She said she wants to see new Commissioners at the next voting opportunity.

Joe Herynk, 5225 Harvard Road, quoted the Declaration of Independence regarding life, liberty and pursuit of happiness. He stated concerns that we are losing freedoms at the local government level because of COVID-19.

## 3. REGULAR AGENDA

### 3.1. PLANNING/TEXT AMENDMENT SOLAR ENERGY CONVERSION 04-20-22

The Board considered TA-21-00173, a text amendment for Solar Energy Conversion Systems. Mary Miller, Lawrence-Douglas Count Metropolitan Planning Staff, presented the item.

The Board received a study session for the amendment and draft language at the March 2, 2022 work session, and a study session on Agrivoltaics on March 30, 2022.

Staff provided an overview of the text amendment. Highlights included;

- The draft language provides an exemption for personal or accessory solar energy conversion systems and establishes standards for two sizes of solar energy conversion systems: limited scale (20 acres or less) and commercial/utility scale (from 20 acres to 1,000 acres).
- The proposed standards set requirements for various features including, but not limited to, setbacks, noise levels, screening, vegetation management or Agrivoltaics, height limit, area limit, soil tests, and reclamation/decommissioning. Some of the standards, include limits on the height of panels, the amount of grading permitted, site area, and the location of connection wires. Regulations could be modified by the Board of County Commissioners if criteria listed in the regulations are met. The standards also provide information on the various studies, plans, and other materials that would need to be submitted with the application to allow a thorough review of the project.
- The purpose of this amendment is to create a set of general standards that would apply to all solar energy conversion systems and to establish a process for the review of each individual application so that site specific conditions can be taken into consideration with each facility.

Discussion included:

- *CUP timelines and how other CUPs are handled.* Typically the Commission approves a timeline. At the end of the timeline, the applicant can submit a new CUP application.
- *Requests to expand the 1,000 maximum acreage for solar panels to 2,000 acres.* Staff replied they do not have the manpower to needed to review the studies, provide code enforcement and site inspections required for a larger project.
- *Limiting projects on Class 1 and 2 soils as discussed by Ad Hoc Committee.* Staff said Class 1 and 2 soils are usually on the most level lands, which is most suitable for solar energy facilities. After putting a limitation on grading, the assumption was the solar panels could occur on the soils without damage as long as there are vegetation requirements to protect against erosion, and the requirement of soil testing.

Reid opened the item for public comment.

Richard Gall, 38410 W 183 Street, Edgerton, said he signed a contract to have 30 acres used for solar. He wants to promote the use of solar energy, clean air and reduction of global warming.

Donna Knoche, 238 N Maple, Gardner, said she owns land in Douglas and Johnson County and wants to conserve the family land. She feels she should be able to use her land the way that best suits her family.

John Franke, 222 N 600 Road, said he is against the proposed solar energy project by NextEra Energy. He feels it would change County landscaping for generations and destroy the Clearfield area, though he understands there is a need for solar energy.

Max Gray, 15285 Edgerton Road, stated concerns about the waste from solar panels and wind energy projects because there is no disposal plan.

Marvin Knoche, 1605 W Maple Street, Nevada, Mo, said he owns property in Douglas County and feels a solar farm is good for the community. The sun is essential for daily life, health and wellbeing of all humans and animals, and for our dependence on electricity.
Lisa Huppe, 17535 Edgerton Road, stated concerns about the devaluation of properties close to solar facilities. She asked for tighter regulations when a solar facility placed within a mile of a home.

Robert Knoche, 238 N Maple Street, Gardner, stated he signed a contract with a solar power company. He read from an article on the reasons solar farms are great neighbors.

Carrie Brandon, 450 E 2300 Road, said she feels there is not enough time to do regulations responsibly. There needs to be more transparent disclosures with the landowner contracts.

Joyce Whittier, 7414 Flint Street, Shawnee, stated the concerns that the County Commission may not have signed an oath of office. She said if they have not, they cannot make a determination on this text amendment.

Robin Lathrum Gray, 15285 Edgerton Road, Gardner, said she feels if the NextEra project is approved, the surrounding landowners should be offered the same proposal, or paid an inconvenience fee because it will change their way of life.

Trent Greene, 38225 W 159th Street, Edgerton, stated concerns that the proposed solar energy project started in 2018 but surrounding landowners were not aware until 2021, and fire coverage for the lithium batteries.

Cindy Fitzgerald, 254 E 2300 Road, Edgerton, stated there needs to be well testing in case of water contamination, and that this is bringing industry into the country.

Michael Almon, Sustainability Action Network, proposed sending the amendment back to staff for revisions as suggest in his correspondence. He feels the regulations encourage Agrivoltaics, but there needs to be an incentive.

Stan Knoche, 8708 W 82nd, Overland Park, said his family signed a contract with NextEra. He feels staff did a good job with the proposed regulations. He asked that a five-year extension be added, and an increase to the acreage.

Zack Pastora, 22801 Golden Road, Linwood, said he supports the text amendment for responsible development of solar power offering a fair balance between economic benefits and preserving ecosystems. These regulations should satisfy most utility-scale solar developers, yet protect our top soil, agricultural opportunities, ecosystems, water bodies, next-door neighbors and more.

Karen Wiley, Planning Commissioner and Ad Hoc Solar Committee, offered a potential technical correction under Section 2 (i), Grading of prime farmland and farmland of statewide importance shall be limited, sub point (a) was intended to be its own point that “grading shall not exceed five percent of the site area.”

Sharon Green, 38225 W 159th Street, Edgerton, said she lives next to the land being proposed for solar energy. She feels the land is too weak to support solar panels. She suggested putting solar panels on warehouses as an alternative to using farmland.

Alan Anglyn, 17090 Star Road, Edgerton, said he feels there should be a set minimum distance between solar facilities, or percentage of scale solar coverage within an area, with a waiver for Agrivoltaics. He also stated concerns about assembling projects over county lines.

Travis Hardy, 421 E 2400 Road, said he doesn’t feel there is a good balance between the proposed solar and the landowners’ rights. Areas for solar should be labeled in the Comprehensive Plan so people can decide where to buy property accordingly. He said people in the unincorporated area do not want to live by industrial projects.

Deanna Alvarez, 584 E 2300 Road, asked for the Commission to consider how this will affect the beauty of Douglas County.

Bill Brandon, 450 E 2300 Road, said he feels the land maximum for solar projects should be 500 acres. He is fine with solar with the right conditions, the setbacks should triple, and everyone should have the right to do with their property within the standard of the community.

Scott Thellman, Juniper Farms, said as we consider the following: 1) to preserve the best agricultural land in the County; 2) the importance of productive ground with good access to water for generations to come in regards to food security, the impact on wildlife and migratory waterfowl in the river valley; and 3) the need to explore potential Agrivoltaics.

Lora Beth Clark, 3422 Kensington Court, El Dorado Hills, California, said she owns land with family in Douglas County and has signed a contract with NextEra. She feels she has the legal right to use her property as she wishes and believes the draft regulations are stricter than most others in United States.

Jane Knoche, Shawnee, Kansas, said she owns property in Johnson and Douglas County. Issues she asked the Commission to consider: 1) not restrict collector lines to be underground; 2) consider a 25-year CUP with an automatic extension of five years if incompliance; 3) and increase acreage to 2000 acres. She supports the text amendment.

Jim Carpenter, Ad Hoc Committee, said he echoed Karen Wiley's correction to the amendment regarding the 5% grading to apply to the entire site. He said anyone can apply for a CUP right now. The amendments are to put guidance in place and the regulations will apply to all areas of Douglas County.

Steve Clark, Eldorado Hills, CA, said his wife owns land in Douglas County and is contracted for a solar farm. He feels solar energy is safe and supplies significant economic benefits. He said he appreciates the fair scientific approach to regulations protecting neighbors and the environment.

Reid closed the public comment.

Discussion included:

- Staff agreed with the technical correction in the numbering system on the amendment.
- The text amendment would set minimum standards for solar energy projects. The community has the opportunity to share thoughts as each project comes before the Commission. Each application will be considered individually throughout the process. The Commission has the ability to look at the minimum regulations and recommend additional conditions.
- Auto renewals are never written into a Conditional Use Permit, however the applicant can come before the County Commission at the end of the CUP and ask for an extension rather than having to renew the whole CUP.
- Every parcel included in the application site will be required to have the soil tested and can be tested again in the future. A pesticide panel may also be suggested to test for the ground water.
- Kelly said he personally would like to see Agrivoltaics involved in an application, or at least the consideration. The Commission needs to allow enough room for the applicant to be creative, and may need to raise the height of the panels. He wants to provide flexibility within the regulations. The County is trying to make the best of both our agricultural land and trying to provide solar power in a responsible way.
- Kelly also said he prefers to start with 1000 acres and a 25-year CUP.
- Reid said she feels opportunities exist with Agrivoltaics. We have a lot of local resources, experts and potential networks that we may not have yet tapped into. As a county, we have the opportunity to be engaged with some research prospects and piloting programs. The regulations stated clearly that a plan shall be incorporated as part of the design, if not, there needs to be an explanation.
- Reid also said companies wanting to come to Dougal County to do business needs to understand the values of our county and how rooted we are in open space preservation, land conservation, agricultural protection; and we have a robust Food Policy Council and Food

Systems Plan. Douglas County does a good job of connecting the dots while
working with our many departments and community partners. These regulations are a great example of addressing a lot of issues with the use and increase of renewables and solar energy.

- Kelly said to answer the commenter of how is Douglas County protecting them, he responded you are doing that right now when you come and advocate for how a project or regulation impacts your property.

It was a consensus of the Board to approve the technical correction of the 5% grading on the site area in the motion for approval.

Portillo moved approve the text amendment with the technical update and numbering, and directed staff to prepare a resolution for adoption. Motion was seconded by Kelly and carried 3-0.

## 4. APPOINTMENTS 04-20-22

None.

## 5. COMMISSIONER AND/OR ADMINISTRATOR MISCELLANEOUS

**5.1.** Sarah Plinsky, County Administrator, discussed the Manager's Report, provided in the agenda packet and described below:

**Schedule Items**

- Join Bert Nash as they host the Pioneer Celebration event on April 25, 2022, to highlight accomplishments and honor those who have significantly contributed to the Bert Nash Center. The reception will begin at 5:30 p.m. and the award will begin at 6 p.m.
- The County Canvass for votes for the Primary and General Elections will take place on August 15, 2022 and November 21, 2022. Both meetings will begin at 9 a.m. The events will take place at 711 W. 23rd in Lawrence.
- Judges Quarterly Meetings dates for 2022: May 18, August 17, and November 23 at Noon in the EOC-A room of the Judicial and Law Enforcement Center.

**Information Items**

- American Rescue Plan Act Request for Proposal Policy and Scoring Matrix Update.*

**Backup is available in the agenda packet on the County website.*

**Upcoming Work Sessions**

| | |
|---|---|
| 04/27/2022 | No Work Session |
| 05/04/2022 | 2022 Treatment and Recovery Center Performa |
| 05/11/2022 | No Work Session |

**Open Appointments**

- Food Policy Council – (3) new openings for the following positions: Position 1 NGO-Local Food Systems/Sustainable position; Position 6 an AG Producer or Resource Conservation; and Position 7 an AG Producer.
- Senior Resource Center Board – (1) position expired in December.
- Building Codes of Appeal – (1) position expired in December.
- Douglas County Fair Board – (1) position (Grant Township) expired 02/01/2022.
- Lawrence-Douglas County Metropolitan Planning Commission – (2) positions expiring 05/31/22. Greg Shanklin is eligible for reappointment, the other position is open.
- Lawrence-Douglas County Housing Authority Board – (1) position expiring 06/01/22. New appointee needed.

## 6. ADJOURN 04-20-22

Reid adjourned the meeting at 8:00 p.m.

______________________________
Shannon Reid, Chair

______________________________
Patrick Kelly, Vice Chair

______________________________
Shannon Portillo, Member

______________________________
Jamie Shew, County Clerk