ELECTRONICALLY FILED
2022 Jun 16 PM 5:00
CLERK OF THE DOUGLAS COUNTY DISTRICT COURT
CASE NUMBER: 2022-CR-000413

**IN THE SEVENTH JUDICIAL DISTRICT**
**District Court, Douglas County, Kansas**

Court Use Only

PLAINTIFF'S EXHIBIT
2

THE STATE OF KANSAS

vs.

Case No. **2022-CR-000413**
Judge Sally D. Pokorny, Division 2

**Justin Paul Spiehs,**
Defendant.

**ORDER ON REQUEST FOR DISCLOSURE OF AN AFFIDAVIT OR SWORN TESTIMONY**
Pursuant to K.S.A. 22-2302.

On **6/16/2022**, the Court considers the Request for the Affidavit in Support of a Warrant filed herein.

The Court finds jurisdiction and venue are proper. Notice to parties and those required to receive notice has been given as required by law.

The Court, having received no proposed redactions or motion to seal from the prosecutor, defendant, or defendant's counsel finds as follows:

The affidavit shall be released with the redactions ordered by the court and attached to this order.

**IT IS THEREFORE ORDERED** that the affidavit be released as indicated above.

**IT IS SO ORDERED.**

Date: 6/16/2022

Sally D. Pokorny, Division 2

ELECTRONICALLY FILED
2022 May 09 PM 1:35
CLERK OF THE DOUGLAS COUNTY DISTRICT COURT
CASE NUMBER: 2022-CR-000413

IN THE DISTRICT COURT OF DOUGLAS COUNTY, KANSAS
(Seventh Judicial District)

STATE OF KANSAS,
Plaintiff,

vs.

Justin Spiehs,
Defendant.

AFFIDAVIT

STATE OF KANSAS, COUNTY OF DOUGLAS, SS:

Tyler Kruzel, of lawful age, being first duly sworn upon oath, states:

Affiant is a Deputy with the Douglas County Sheriff's Department. Based on investigation, training, experience, and report(s) written by Tyler Kruzel of the Douglas County Sheriff's Department, Affiant alleges and states:

1) On Wednesday, April 20th, 2022, at approximately 1720 hours, Justin Spiehs entered into the Douglas County Court House Commission Meeting Room, located at 1100 Massachusetts Street, in Lawrence, Douglas County, Kansas. Justin was holding a sign that read, "DR SPIEHS FOR DGCO COMMISSIONER FUCK THESE LIBERAL MOTHERFUCKERS."
2) Justin sat down on the south end of the first row of the gallery. Affiant observed Justin turn toward Michael Almon who was seated directly behind Justin, and started yelling at Almon. Affiant heard Justin yell, "I don't give a fuck what you think of me!"
3) Affiant and Sheriff Armbrister approached Justin and asked him to leave. Justin did not leave right away and asked Sheriff Armbrister why he needed to leave. Affiant heard Sheriff Armbrister tell Justin he was under arrest for Disorderly Conduct.

ORIGINAL

4) The meeting, which was scheduled to start at 1730 hours, was delayed Justin's actions.

Affiant believes Justin violated 21-6203(a)(3) Disorderly Conduct, using fighting words or engaging in noisy conduct tending reasonably to arouse alarm, anger or resentment in others. Justin was transported to the Douglas County Correctional Facility and booked in on that charge.

All of the above occurred in Douglas County, Kansas.

D22-07970

FURTHER, AFFIANT SAYS NOT.

Deputy Tyler Kruzel
Douglas County Sheriff's Department

Subscribed and sworn to before me this 21st day of April, 2022.

Notary Public

ORIGINAL