PLAINTIFF'S EXHIBIT 4

# Douglas County Sheriff's Office

Incident: D22-07970

**Nature:** DISTURBANCE

**Address:** 1100 MASSACHUSETTS ST
Lawrence, KS 66044

**Received By:** Schulz K
**How Received:** OFFICER REPORT
**Reported:** 17:26:42 04/20/22
**Responding Officers:** Kruzel T, Coleman C, Wold J T
**Responsible Officer:** Kruzel T
**Disposition:** AFF 04/20/22
**Clearance:** REPORT
**Occurred Between:** 17:20:00 04/20/22 and 17:26:42 04/20/22

## Offenses:

Disorderly Conduct

## Statutes:

## Circumstances:

## Involvements

| Date | Type | Description | Relationship |
|---|---|---|---|
| 04/21/22 | Name | | Other |
| 04/20/22 | Name | SPIEHS, JUSTIN PAUL | Suspect |
| 04/20/22 | Offense | Offense#: 159274 - M - 1 count | Charged With |
| 04/20/22 | Cad Call | 17:26:42 04/20/22 DISTURBANCE | Initiating Call |
| 04/20/22 | Property | BLK Knife BROWNING 0 | Property |
| 04/20/22 | Property | WHI Sign 0 | Property |

3



## Narrative

On Wednesday, April 20th, 2022, I, Deputy Tyler Kruzel, was working as a Court Security Deputy, at the Douglas County Commission Meeting, located at 1100 Massachusetts Street, Lawrence, Douglas County, Kansas. I was wearing my issued duty uniform which quickly identifies me as a Law Enforcement Officer. Deputy Jimmy Wold and Deputy Chase Coleman were also present due to past issues with Justin Spiehs (DOB: 08/18/1981). Justin is known to appear weekly to meetings and has engaged in noisy conduct by using loud, explicit language towards members of the public and the County Commissioners.

At approximately 1720 hours, I observed Justin Spiehs (DOB: 08/18/1981) enter the Commission Meeting Room, located on the second floor of 1100 Massachusetts Street. Justin was holding a sign that read, "DR SPIEHS FOR DGCO COMMISSIONER FUCK THESE LIBERAL MOTHERFUCKERS." Justin was informed he would not be allowed to present that sign during the meeting due to the explicit language. Justin became visibly upset and began yelling. Justin started yelling comments about his freedom of speech and how he can say whatever he wants.

County Commissioners had to wait for Justin to lower the volume of his voice to begin the meeting. As Justin sat back down, I observed Justin turn towards a member of the public, who was seated behind Justin, and started yelling at the individual, later identified as . Justin was yelling, "I don't give a fuck what you think of me!" Justin started making comments toward about wearing a mask. I stood up from my seat, southwest corner of the room, and started walking towards Justin, who was sitting in the front row of the gallery on the south side of the building. Justin was asked to leave based on his conduct towards . Justin refused to leave and was told he was being placed under arrest for disorderly conduct.

I grabbed Justin's left arm with both my hands. My right hand was placed above his elbow and my left hand was placed at his wrist. Sheriff Armbrister took control of Justin's right arm. The sign Justin was holding was removed from his hand.

Justin was walked out of the room where he was placed into hand cuffs. I checked the restraints for proper fitting and double locked the restraints to prevent injuries to Justin. Deputy Wold assisted me by escorting Justin to our patrol vehicle, where he was transported and booked into the Douglas County Correctional Facility for violation of Kansas State Statue 21-6203(a)(3), Disorderly Conduct.

Justin was in possession of a knife, which was placed into property as personal property, due to the jail's restriction of weapons being admitted into the facility.

Deputy Wold and Deputy Coleman spoke with witnesses. Review their reports for additional information.



3

---

I spoke with after the meeting. explained he was sitting behind Justin when he heard Justin make a comment about people wearing masks. was wearing a mask. was not aware of anyone else in the room wearing a mask and believed the comments were directed towards him directly. made a comment towards Justin about Justin running for County Commission. Justin then turned and faced him and yelled, "I don't give a fuck what you think!" explained he had seen Justin before at the City Commission Meeting and was aware of his bizarre behavior. stated Justin's behavior was more "hostile" comparing it to the City Commission Meeting. I asked if he felt in danger at any time during the encounter. explained at one point during the encounter, he believed Justin could have used the sign as a possible weapon and was in fear of being hit by the sign. asked if he would need to testify in court because of this and I explained the process of submitting an affidavit to the District Attorneys' Office and informed him he could contact the District Attorneys' Office for follow-up.

I provided the case number and my contact information.

I photographed the sign and placed the sign into property as evidence.

Respectfully,

Deputy Tyler Kruzel

**Supplement**

CAD Call info/comments
================================

18:25:19 04/20/2022 - Kruzel T
JUSTIN SPIEHS 08/18/1981 ARRESTED FOR DISORDERLY CONDUCT.

## Supplement

On Wednesday, April 20th, 2022, I, Deputy C. Coleman, was assigned to Court Security at the Douglas County Sheriff's Office. I was identifiable by my department issued uniform with the Sheriff's Office badge and name tag.

At approximately 1725 hours, I arrived at 1100 Massachusetts Street in Lawrence, Douglas County Kansas for a special assignment. I was to monitor the County Commissioner's meeting, which takes place on the second floor in the County Commission Meeting Room. As I walked up the stairs to the second floor I witnessed Justin Spiehs (DOB: 08/18/1981) being escorted down the stairs in handcuffs by Deputy T. Kruzel and Deputy J. Wold. I approached Sheriff Jay Armbrister who advised that Justin had been arrested for disorderly conduct and assigned me to make contact with the victim. Sheriff Armbrister pointed out the victim who was sitting in the meeting room.

I entered the meeting room and noticed approximately 30 people assembled in the public seating area for the meeting. At approximately 1731 hours, I made contact with the victim, who I identified by Kansas Driver's License as  and asked what happened. (I noted the meeting was scheduled to start at 1730, and still had not started due to the disruption.) The following is a summary of my interview with  .

 explained that he was seated in the south most row of benches, in the second bench from the front. Justin entered the meeting room and sat in the bench directly in front of  . After a short period, Justin continued to face forward but asked out loud why someone would still wear their mask. (I noted that  was the only person in the public seating area wearing a face mask).  replied "to protect people." Justin turned towards  and began to raise his voice.  told Justin that this wouldn't help his chances for election to the county commission, and Justin began yelling "I don't give a fuck".  also believed Justin may have called him a "motherfucker."  stated that the yelling was loud enough for the crowd of people around to hear. I asked  if he felt that Justin was trying to goad him into a fight, and  stated that he couldn't know Justin's intentions for sure, but was worried things would have escalated if law enforcement hadn't stepped in.  had knowledge of Justin's behavior from previous meetings and described his demeanor as "hostile," and added that this was a more severe situation than he had ever seen from Justin before.

 was provided with a business card with this case number and was notified that an affidavit would be submitted to the Douglas County District Attorney's Office.  had no further questions and thanked the Sheriff's Office for our involvement.

Nothing further to report.

Respectfully submitted,

Deputy C. Coleman

## Supplement

On Wednesday, April 20, 2022, at approximately 1710 hours, this Reporting Officer (R/O), Deputy Jimmy Wold (284) was assigned to the Douglas County Commission Meeting as security. R/O was identifiable as a law enforcement officer by his Douglas County Sheriff's Office (DGSO) patrol uniform and a displayed DGSO identification card. R/O took a position outside the commission meeting room's doors on the second floor of the Douglas County Courthouse, 1100 Massachusetts Street, Lawrence, Douglas County, Kansas.

R/O observed Justin P. Spiehs (W/M; 08/18/1981), a person known to R/O, enter into the meeting room carrying a large home-made sign which read "DR SPIEHS FOR DGCO COMMISSIONER FUCK THESE LIBERAL MOTHER FUCKERS." Upon entering the room, Spiehs began cussing and/or addressing various people as he walked across the room to the south section of seating in the commission room gallery.

At approximately 1720 hours, R/O heard Spiehs yelling from inside the meeting room. Spiehs was standing next to the front row of the south seating section. Spiehs turned around, and yelled at the man seated in the second row of the seating section. Spiehs was leaned forward and directing his comments to the seated man. That man was later identified to R/O as . Spiehs then turned from and continued yelling numerous variations of phrases containing "fuck" and "mother fucker."

R/O watched as Sheriff Jay Armbrister (100), who was seated in the gallery near the back of the room, approached Spiehs and told him to leave. They exchanged words. (R/O was far enough away, R/O was unable to hear the conversation between them). Deputy Tyler Kruzel (257), who was in the commission meeting room, went to Sheriff Armbrister and Spiehs. They began escorting Spiehs out of the meeting room. Spiehs was vocal and yelled in protest. R/O entered into the meeting room to assist with Spiehs' removal. Sheriff Armbrister had a hold of Spiehs' right arm and Deputy Kruzel had his left arm. Spiehs was escorted outside the meeting room. Spiehs was placed under arrest for Disorderly Conduct, handcuffed and walked out of the court house.

Spiehs was walked across the courtyard to the Law Enforcement Center and placed into a patrol unit without incident. Deputy Kruzel transported Spiehs to the Douglas County jail. Spiehs' home-made sign was later placed into Evidence for safe keeping.

R/O returned to commission meeting room and spoke to a few citizens as they exited the meeting.

( was seated in the second row of the middle section of the seating gallery). had witnessed Spiehs' behavior and asked R/O if

Spiehs had been arrested. R/O replied, he had. R/O asked to describe what he had witnessed. said Spiehs was "using foul language." R/O asked if he could be more specific as to what Spiehs was saying. responded, "fuck you," "fuck this," "fuck that." said Spiehs was disrupting the meeting and admitted, though he seldom got angry, it made him "mad." believed most of Spiehs' comments were directed towards the man seated behind Spiehs.

(The were seated in the third section of the gallery, the furthest seating section from Spiehs.) The said Spiehs was cussing when he walked into the meeting room. R/O asked them what Spiehs was saying. said, Spiehs was swearing about taxes, possibly, and using "the F-bomb". She continued, Spiehs had words with the man behind him. Spiehs then addressed one of the commissioners. believed Spiehs' was "trying to provoke" and "trying to create a scene." They described Spiehs' behavior as disruptive and belligerent. The thought law enforcement responded appropriately and were thankful Spiehs was removed from the meeting.

(The were seated in the front row of the middle seating section, directly next to where Spiehs was). said Spiehs' behavior was alarming and described it as, "he (Spiehs) was stupid." said Spiehs was disruptive as soon as he entered the meeting room and said "fuck" a lot. Both and wanted Spiehs to leave. commented the officers "did the very best thing" by getting him out of the meeting.

R/O submits this Supplemental report to document R/O observations and witness accounts. Please refer to Deputies Kruzel's and Coleman's (215) reports for details of their involvements. R/O plans no additional action regarding this matter and has nothing further to report.

## Property

**Property Number:** P22-04691
**Item:** Knife **Item #:** 1
**Brand:** BROWNING **Model:**
**Year:** 0 **Quantity:** 1.00
**Measurement:** **Serial Number:**
**Total Value:** $0.00 **Color:** BLK
**Owner:** SPIEHS JUSTIN PAUL 190601
**Agency:** Douglas County Sheriffs Office **Other Number:**
**Accum Amt Recov:** $0.00 **Officer:** Kruzel T
**UCR:** 750 MISC WEAPONS (KNIVES, SWORDS) **UCR Status:** PP
**Local Status:**
**Date Released:** **/**/** **Date Recov/Rcvd:** **/**/**
**Released By:** **Amount Recovered:** $0.00
**Released To:** **Custody:** 00:00:00 04/20/22
**Reason:** PERSONAL PROPERTY
**Comments:** JAIL WOULD NOT HOLD KNIFE DUE TO SIZE. PLACED IN PROERTY (10-19).

------------------------------------------------------ ------------------------------------------------

**Property Number:** P22-04692
**Item:** Sign **Item #:** 2
**Brand:** **Model:**
**Year:** 0 **Quantity:** 1.00
**Measurement:** **Serial Number:**
**Total Value:** $0.00 **Color:** WHI
**Owner:**
**Agency:** Douglas County Sheriffs Office **Other Number:**
**Accum Amt Recov:** $0.00 **Officer:** Kruzel T
**UCR:** B82 SIGNS (STREET/REALTY/ETC) **UCR Status:** EVI
**Local Status:**
**Date Released:** **/**/** **Date Recov/Rcvd:** **/**/**
**Released By:** **Amount Recovered:** $0.00
**Released To:** **Custody:** **:**:** **/**/**
**Reason:**
**Comments:**

------------------------------------------------------ ------------------------------------------------

## Name Involvements:

**Suspect :**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Last:** | SPIEHS | | | **First:** | JUSTIN | **Mid:** | PAUL |
| **DOB:** | 08/18/81 | | | **DL #:** | K03048979 | **Address:** | 3904 KIMOS CIR |
| **Race:** | W | **Sex:** | M | **Phone:** | (785)764-3174 | **City:** | LAWRENCE, KS 66049 |

**Other :**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Last:** | | | | **First:** | | **Mid:** | |
| **DOB:** | | | | **DL #:** | | **Address:** | |
| **Race:** | W | **Sex:** | M | **Phone:** | | **City:** | |