**DOUGLAS COUNTY DISTRICT ATTORNEY**
Seventh Judicial District
Judicial & Law Enforcement Center
111 East 11th Street
Lawrence, KS 66044
(785) 841-0211 Fax (785) 832-8202
https://www.douglascountyks.org/depts/district-attorney

**Suzanne Valdez**
District Attorney

**Joshua David Seiden**
Deputy District Attorney

## MEMO

TO: JUDGE OF THE DISTRICT COURT

DATE: May 20, 2024

RE: State v. Justin P Spiehs

ARREST DATE: May 1, 2024

REFERRAL CHARGE: Interference with Conduct of Public Business in Public Buildings

BONDED TO APPEAR: 05/22/2024 3:00 PM

A complaint will not be filed by the District Attorney's Office against the above-named individual at this time.

I declare under penalty of perjury that the above and foregoing is true and correct.

Executed on May 20, 2024.

Suzanne Valdez
District Attorney
111 E 11th St, Unit 100
Lawrence, KS 66044
(785) 841-0211