# Exhibit 17

# May 1, 2024 Video