IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JUSTIN SPIEHS,                              )
                                           )
            Plaintiff,                      )
                                           )       Case No. 24-CV-4005-JAR-BGS
v.                                         )
                                           )
JAY ARBRUSTER, *et. al.*                   )
                                           )
            Defendants.                     )

## DEFENDANT DOUGLAS COUNTY BOARD OF COMMISSIONERS MOTION FOR LEAVE TO EXTEND PAGE LIMITS

COMES NOW, Defendant, Douglas County Board of Commissioners ("Douglas County"), by and through its counsel of record, and hereby move the Court for an Order granting leave to file its Reply in Support of its Motion for Summary Judgment in excess of the fifteen (15) page limit per Local Rule 7.1(d)(2). In support of its motion, Douglas County states as follows:

1.      The Court granted Plaintiff additional pages, a total of 50, for his responsive brief to Douglas County's Motion for Summary Judgment. (Doc. 155).

2.      Plaintiff's response to Douglas County's Motion for Summary Judgment contains almost 200 additional facts.

3.      Plaintiff's inappropriate attempt to flood the court with 200 additional facts, most of which are immaterial, unsupported or conclusory legal arguments prevents Dougals County from properly responding within he page limitation in D. Kan. R. 7.1(d)(2), and for the undersigned to do so to ethically represent her client. Accordingly, Douglas County seeks an additional ten (10) pages for its Reply brief.

4317221

4.      Douglas County's Reply in Support of its Motion for Summary Judgment is due on or before February 17, 2026, and this Motion is filed within the time prescribed by D. Kan. R. 7.1(d)(4).

5.      Douglas County does not make this request lightly or for the purpose of delaying or burdening the Court, but out of necessity to adequately respond to Plaintiff's opposition and to meet their obligations under Fed. R. Civ. P. 56(c) and D. Kan. R. 56.1 as well as to meet defense counsel's ethical obligations.

6.      Plaintiff's counsel was contacted and does not oppose the requested extension of the page limitation.

WHEREFORE, Douglas County respectfully requests that the Court enter an Order allowing Douglas County leave to exceed Local Rule 7.1(d)(2)'s limitation for Douglas County's Reply in Support of its Motion for Summary Judgment by ten (10) pages, for a total of  twenty-five (25) pages, and for such other relief as the Court may deem just and proper.

Respectfully submitted,

HINKLE LAW FIRM LLC
8711 Penrose Lane, Suite 400
Lenexa, Kansas  66219-8197
913-345-9205/ FAX: 913-345-4832

By: /s/ Michelle R. Stewart
       Michelle R. Stewart, mstewart@hinklaw.com  #19260

ATTORNEYS FOR DEFENDANT DOUGLAS COUNTY, KANSAS BOARD OF COUNTY COMMISSIONERS

4317221

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 11 day of February, 2026, the foregoing *Motion to Exceed Page Limitation* was filed electronically with the Clerk of the US District Court for the District of Kansas; and a copy was served via ECF electronic notification and via email upon the following:

Linus L. Baker, #18197 (linusbaker@prodigy.net)
*Attorneys for Plaintiff*

Andrew Holder, #25456 (aholder@fpsslaw.com)
Fisher Patterson Sayler & Smith, LLP
*Attorneys for Sheriff Defendants*

*/s/ Michelle R. Stewart*

ATTORNEYS FOR DEFENDANT DOUGLAS COUNTY, KANSAS BOARD OF COUNTY COMMISSIONERS

4317221