# United States District Court

**-------------------------- DISTRICT OF KANSAS----------------------------**

**JUSTIN SPIEHS,**

**Plaintiff,**

**v.** **Case No: 24-4005-JAR**

**JAY ARMBRISTER, et al.,**

**Defendants.**

## JUDGMENT IN A CIVIL CASE

☐ Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒ Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED BY THE COURT** that the Commission's Motion for Summary Judgment (Doc. 145) and the Officer Defendants' Motion for Summary Judgment (Doc. 148) are **granted**. The Clerk is directed to enter judgment in favor of Defendants and terminate this action.

**IT IS SO ORDERED.**

Dated: August 13, 2026

SKYLER B. O'HARA
CLERK OF THE DISTRICT COURT

by: *s/ Sarah Spegal*
Deputy Clerk